| | |
|---|---|
| 1 | Andrew M. Cummings (State Bar No. 305081) |
| 2 | acummings@jonesday.com |
| | JONES DAY |
| 3 | 3161 Michelson Drive. Suite 800 |
| | Irvine, CA  92612.4408 |
| 4 | Telephone:  (949) 851-3939 |
| 5 | Facsimile:   (949) 553-7539 |
| 6 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Martin Jr., | Case No. 2:17-cv-03425-RGK-SS |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| v. | |
| Wells Fargo Bank, N.A., Equifax, Experian, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff David Martin Jr.'s claims against Defendant Experian Information Solutions, Inc. only are dismissed with prejudice.  The Court shall retain jurisdiction to enforce the terms of the settlement.  Each party shall bear its own attorneys' fees and costs incurred herein.

Dated: February 2, 2018

_____
HON. R. GARY KLAUSNER
United States District Judge