**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MARTIN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Case No: 2:17-cv-03425-RGK-SS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Plaintiff David Martin, Jr. ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax"), have announced to the Court that all matters in controversy against Equifax have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Matthew Arnold against Defendant Equifax are in all respects dismissed

with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 13th day of February, 2018.

*Gary Klausner*

_____
Judge R. Gary Klausner
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **February 13, 2018**, I served a true copy of **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**;

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to Plaintiff;

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on **February 13, 2018,** at Laguna Beach, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

David Martin, Jr
1021 S Albany Street Suite 18
Los Angeles, CA 90015
*Plaintiff Pro Se*

Courtney Camilla Wenrick
Severson and Werson APC
Atrium
19100 Von Karman Avenue
Suite 700
Irvine, CA 92612
949-442-7110
Fax: 949-442-7118
Email: ccw@severson.com
***Attorneys for Defendant Wells Fargo Bank, N.A.***

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 4 –